# Nick Wooten, LLC

# INVOICE

PO Box 3389  
Auburn, Alabama 36831

Invoice # 24  
Date: 09/08/2014  
Due On: 10/08/2014

Charles M. Potts

**2013-04331**

**Potts v The Brachfeld Law Group, PC and Jefferson Capital Systems, LLC**

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 06/27/2013 | 00.0 Client Referral - Receive New Referral: Referral from B&S (Brachfeld =.10) | 0.10 | $125.00 | $12.50 |
| Service | 06/28/2013 | 00.2 Client Referral - Establish contact with Client / contact info: TC with client re: collection notice; process; will sent K & Notice to client with SASE; client agrees and understands (.10 - Brachfeld) | 0.10 | $125.00 | $12.50 |
| Service | 06/28/2013 | 00.3 Client Referral - Investigate claim: Review BR and POC by Jefferson Capital; investigate Brachfeld. (Brachfeld = .30). | 0.30 | $125.00 | $37.50 |
| Service | 06/29/2013 | 00.4 Client Referral - Accept / K & Notice to Client : Prepare cover ltr, Notice & K for mailing to client (.20 - Brachfeld) | 0.20 | $125.00 | $25.00 |
| Service | 06/29/2013 | 02.1 Prefiling - 9007 Appl to Employ & Aff: Prepare Application to Employ & Affidavit | 0.30 | $125.00 | $37.50 |
| Service | 06/29/2013 | File setup in Clio | 0.40 | $125.00 | $50.00 |
| Service | 10/01/2013 | Draft Complaint and email to NHW for review (Brachfeld charges). | 0.20 | $125.00 | $25.00 |
| Service | 10/03/2013 | Review and edit draft of complaint for filing. | 0.40 | $350.00 | $140.00 |
| Service | 10/03/2013 | Return edited draft of complaint to paralegal with instructions to file. | 0.10 | $350.00 | $35.00 |
| Service | 10/04/2013 | verify documents filed with the Court are correct through ECF. | 0.10 | $350.00 | $35.00 |
| Expense | 10/07/2013 | Reimbursable expense: Certified Mail - Brachfeld | 1.00 | $6.31 | $6.31 |
| Expense | 10/07/2013 | Reimbursable expense: Photocopies - Brachfeld | 1.00 | $3.75 | $3.75 |
| Service | 10/07/2013 | Brachfeld - get summons and complaint ready for service on Brachfeld Law Group. | 0.20 | $125.00 | $25.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 10/07/2013 | Serve Summons and complaint on Brachfeld. | 0.20 | $125.00 | $25.00 |
| Service | 10/07/2013 | Prepare Summons Service Executed and efile (Brachfeld). | 0.20 | $125.00 | $25.00 |
| Service | 10/21/2013 | Discussion with Jefferson Capital's attorney about extension to answer and providing them with a demand for settlement. | 0.40 | $350.00 | $140.00 |
| Service | 10/21/2013 | Provide instructions to paralegal for preparation of demand for settlement to JCAP. | 0.10 | $350.00 | $35.00 |
| Service | 10/24/2013 | Review draft of settlement agreement and release along with demand letter for delivery to JCAP. | 0.40 | $350.00 | $140.00 |
| Service | 10/28/2013 | Notify paralegal to send demand and settlement documents to JCAP's attorneys. | 0.10 | $350.00 | $35.00 |
| Service | 11/18/2013 | Finalize motion for default and affidavit (.30); email to NHW for review (.10) (Brachfeld = .40) | 0.40 | $125.00 | $50.00 |
| Service | 11/18/2013 | Review and provide edits for motion and declaration for entry of default. | 0.30 | $350.00 | $105.00 |
| Service | 11/19/2013 | Revise Motion for default and affidavit per certified green card. | 0.30 | $125.00 | $37.50 |
| Service | 11/19/2013 | Review edited motion and declaration seeking default. | 0.20 | $350.00 | $70.00 |
| Expense | 11/22/2013 | Reimbursable expense: Postage - Brachfeld | 1.00 | $0.92 | $0.92 |
| Service | 11/22/2013 | Prepare notice of change of address for Brachfeld and efile same. | 0.30 | $125.00 | $37.50 |
| Service | 11/22/2013 | Efile Motion for Default and Affidavit. | 0.20 | $125.00 | $25.00 |
| Service | 11/22/2013 | Fax and email Motion for Default to Brachfeld. | 0.30 | $125.00 | $37.50 |
| Service | 11/22/2013 | Execute motion for default return to paralegal for filing. | 0.20 | $350.00 | $70.00 |
| Service | 11/22/2013 | Verify ECF filed document is accurate for motion for default judgment. | 0.10 | $350.00 | $35.00 |
| Expense | 11/26/2013 | Reimbursable expense: Postage - Brachfeld | 1.00 | $0.46 | $0.46 |
| Service | 11/26/2013 | TC to Brachfeld Law Group to confirm fax and mailing address - got both Houston and LA addresses and fax numbers; COS of NOH prepared, faxed NOH to both fax numbers; efile COS, and update file. | 0.50 | $125.00 | $62.50 |
| Service | 12/05/2013 | Conf with NHW re: Brachfeld (.20); file update (.10) | 0.30 | $125.00 | $37.50 |
| Expense | 12/12/2013 | Reimbursable expense: PACER docs - Brachfeld | 1.00 | $2.60 | $2.60 |
| Service | 12/18/2013 | Travel time to and from Dothan for hearing on Motion for default judgment. (Three hearings this day / 5 hours of travel time = 1.67 hours). | 1.70 | $350.00 | $595.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/18/2013 | In court time for hearing on motion for default. | 0.20 | $350.00 | $70.00 |
| Service | 12/19/2013 | provide instructions to paralegal to amend complaint in case to bring claims against individuals. | 0.20 | $350.00 | $70.00 |
| Service | 12/20/2013 | Prepare motion to amend complaint to add Erica Brachfeld. | 1.80 | $125.00 | $225.00 |
| Service | 12/20/2013 | Draft amended complaint. | 2.00 | $125.00 | $250.00 |
| Service | 12/20/2013 | Research re: Brachfeld; status of company, info re: Erica Brachfeld; assets, married named, trusts, State Bar status, husband's assets/business. | 2.00 | $125.00 | $250.00 |
| Service | 12/21/2013 | Finalize amended complaint, email motion and complaint to NHW for review. | 1.30 | $125.00 | $162.50 |
| Service | 12/23/2013 | PDF and efile motion to amend complaint and amended complaint; fax to Brachfeld per COS. | 0.50 | $125.00 | $62.50 |
| Service | 12/23/2013 | Review and edit draft of amended complaint naming individuals. | 0.30 | $350.00 | $105.00 |
| Service | 01/14/2014 | Travel time to Montgomery for hearing on motion to amend complaint. | 2.10 | $350.00 | $735.00 |
| Service | 01/14/2014 | hearing time on motion to amend complaint in court. | 0.20 | $350.00 | $70.00 |
| Service | 01/15/2014 | Review and approve draft of motion for pro tanto dismissal of JCAP from case. | 0.20 | $350.00 | $70.00 |
| Service | 01/16/2014 | Finalize Amended Complaint to pdf; prepare summons; efile same. | 0.50 | $125.00 | $62.50 |
| Service | 01/17/2014 | Prepare summons service executed, serve summons and amended complaint on Brachfeld Law Group and Erica L. Brachfeld per summons; efile summons service executed. | 0.80 | $125.00 | $100.00 |
| Service | 01/21/2014 | File update (.10); email from Bill Livingston re: AP remaining open with Erica Brachfeld; check certified mail status to Brachfeld. | 0.30 | $125.00 | $37.50 |
| Service | 03/14/2014 | Email to Erica Brachfeld with pleadings filed in AP; notes to file. | 0.70 | $125.00 | $87.50 |
| Service | 06/23/2014 | Attend telephone docket hearing for status conference on case. Judge entered default against individuals. | 0.20 | $350.00 | $70.00 |
| Service | 06/23/2014 | Respond to email from Court's staff about status of case asking for status conference on the case. | 0.20 | $350.00 | $70.00 |
| Service | 06/24/2014 | Called client in effort to discuss damages hearing. Could not reach client. | 0.20 | $350.00 | $70.00 |
| Service | 06/24/2014 | Instructed paralegal to try to make contact with client regarding damages hearing. | 0.10 | $350.00 | $35.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 07/02/2014 | Attempted to reach client again regarding damages hearing. Instructed paralegal to continue to try to reach client. | 0.20 | $350.00 | $70.00 |
| Service | 07/17/2014 | conversation with paralegal about efforts to get client on the phone to set meeting about damages hearing. | 0.30 | $350.00 | $105.00 |
| Service | 08/03/2014 | Email from NHW re: contact with Mr. Potts re: damages for hearing on Tuesday. | 0.10 | $125.00 | $12.50 |
| Service | 08/04/2014 | TC to client, left msg to him to call NHW today. | 0.10 | $125.00 | $12.50 |
| Service | 08/04/2014 | 7:15 p.m. - TC from client re: damages hearing, concerned that he isn't able to attend; confirmed to him that NHW was taking care of it for him. | 0.20 | $125.00 | $25.00 |
| Service | 08/04/2014 | Conversation with client about damages hearing. Client related health problems have him down. Client states that he is under Doctor's orders not to travel away from Troy. Client states that when calls began he asked collector to stop, advised of bankruptcy and gave case and attorney name and number. Client states that creditor would not stop calling. Client states that calls stopped when we filed suit for client. Explained to client that I would have to make a proffer, did not know what Judge would do given his inability to appear at hearing and testify. Told Client I would seek continuance if necessary to try to get declaration from him. | 0.60 | $350.00 | $210.00 |
| Service | 08/05/2014 | Travel time to Montgomery to attend hearing on damages for default judgment. | 2.20 | $350.00 | $770.00 |
| Service | 08/05/2014 | Time in court to make proffer on hearing on damages. | 0.20 | $350.00 | $70.00 |
| Service | 08/05/2014 | Drive time to and from Court for hearing on damages in Potts Matter. | 2.20 | $350.00 | $770.00 |
| Service | 08/08/2014 | Review Judgment and Order of Court on damages and timelines for requesting fees. | 0.20 | $350.00 | $70.00 |
| Service | 09/06/2014 | Draft Application for fees, declaration (1.50); email same to NHW for review (0.10). | 1.60 | $125.00 | $200.00 |
| Service | 09/08/2014 | Review billing for accuracy and completeness. Eliminate all charges for any billed time related to JCAP and JCAP settlement. | 0.60 | $350.00 | $210.00 |
| Service | 09/08/2014 | Review and edit application for approval of fees and expenses. | 0.30 | $350.00 | $105.00 |
| Service | 09/08/2014 | Finalize and execute declaration in support of fees and expenses. | 0.30 | $350.00 | $105.00 |
| Service | 10/08/2014 | Estimated time to attend a live hearing approving fee application. | 2.50 | $350.00 | $875.00 |
| | | **Subtotal** | | | **$8,224.04** |

| | |
|---|---:|
| Invoice Discount | $560.00 |

*1.6 hrs. @ $350 deducted for NHW's time expended on Jefferson Capital matters, previously settled with JC.*

| | |
|---|---:|
| **Total** | **$7,664.04** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 24 | 10/08/2014 | $7,664.04 | $0.00 | $7,664.04 |
| | | | **Outstanding Balance** | **$7,664.04** |
| | | | **Total Amount Outstanding** | **$7,664.04** |

Please make all amounts payable to: Nick Wooten, LLC

Please pay within 30 days.