**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                                              Case No. 13–10285
                                                                   Chapter 13
Charles M. Potts,

    Debtor.

### NOTICE

Second and Final Notice of Discharge Requirements. The Debtor(s) has not filed a Motion for Entry
of Discharge pursuant to Local Bankruptcy Rule 4004–1(a) and/or a Certificate of Financial
Management pursuant to Section 1328(g). Unless such requirements are satisfied before the filing of
the Trustee's Final Report, the case will be closed WITHOUT discharge. (RE: related document(s)54
Notice of Final Requirements Necessary for Discharge). (DAW)

Dated February 27, 2018

Juan–Carlos Guerrero
Clerk of Court